### UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA**

|  |  |
|---|---|
| **V.** | **CRIMINAL** |
|  | **NO. 05-10125  -WGY** |

**MARY LEMPTISKI**


### INITIAL SCHEDULING ORDER

 **YOUNG,C.J.**

      The above named defendant(s) having been arraigned on <u>MAY 23, 2005</u>

before <u>  COLLINGS, USMJ   </u>, and having elected to proceed under the automatic discovery rules, IT IS

HEREBY ORDERED in accordance with Local Rules (LR) 116.1 through 116.5 that:


     A.     The government shall provide automatic discovery by <u> 6/20/05 </u>  See  L.R116.1(C).


     B.     The defendant shall provide automatic discovery by <u>6/20/05     </u> .  <u>See</u> LR 116.1(D).


     C.     Any discovery request letters shall be sent and filed by  6/27/05 . See LR 116.3 (A) and (H).

     D.     Any responses to discovery request letters shall be sent and filed by  7/11/05. See LR 116.3(A).


     E.     An initial status conference in accordance with LR 116.5 will be held on <u>  JULY 6, 2005  </u> at <u>    2:00    </u> p.m. in Courtroom No. <u>  18   </u> on the <u> 5   </u> floor.


               **By the Court,**

**5/24/05**                          **/s/ Elizabeth Smith**

_____         _____
        **Date**                       **Deputy Clerk**


(Crinsch1.wp - 11/24/98)