AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

_____   DISTRICT OF   _____MASSACHUSETTS_____

USA
v
Mary Lempitski

**APPEARANCE**

Case Number: 05-10125-WGY

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

MARY LEMPITSKI

I certify that I am admitted to practice in this court.

_____5/23/05_____   _____(signature)_____
Date                Signature

DANIEL J. CLOHERTY        565772
Print Name                Bar Number

DWYER + COLLORA LLP
600 ATLANTIC AVE
Address

BOSTON            MA           02210
City              State        Zip Code

617-371-1000
Phone Number                  Fax Number

dcloherty@dwyercollora.com
E-Mail

5/23/05
N. Russo
Deputy Clerk