UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal Action
No: <u>05-10125-WGY</u>

UNITED STATES
Plaintiff

v.

MARY LEMPITSKI

Defendant

SCHEDULING ORDER

YOUNG, C.J.

An initial status conference in accordance with LR 116.5 was held on  7/12/05

Any substantive motions are to be filed by .  See LR 116.3(E) and (H).

Response to any motion is to be filed on or before  See LR 116.3(l).

A Final Pretrial Conference will be held on   1/23/06

A joint memorandum in accordance with LR 116.5(C) is to be filed by   1/23/06

A tentative trial date has been set for   2/20/06

The time between    7/12/05    and    2/20/06    is excluded in the interest of justice.

By the Court,

/s/ Elizabeth Smith
_____
**Deputy Clerk**

**JULY 12, 2005**

**To: All Counsel**