# UNITED STATES DISTRICT COURT

DISTRICT OF             MASSACHUSETTS

UNITED STATES OF AMERICA

V.                                                **APPEARANCE**

MARY LEMPITSKI

Case Number:    05-10125-WGY

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for    United States

I certify that I am admitted to practice in this court.

January 25, 2006                                    /s/ Paul G. Levenson
Date                                                Signature

                                                    Paul G. Levenson
                                                    Print Name                          Bar Number

                                                    USAO, 1 Courthouse Way, Suite 9200
                                                    Address

                                                    Boston                    MA    012210
                                                    City                      State    Zip Code

                                                    617-748-3147        617-748-3954
                                                    Phone Number                        Fax Number