UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

_____

UNITED STATES OF AMERICA   )
                    )
        v.           )      Criminal No. 05-10125-WGY
                    )
MARY LEMPITSKI          )

LETTERS IN SUPPORT OF
DEFENDANT MARY LEMPITSKI

In connection with the sentencing proceeding that is currently scheduled in the above-entitled matter for May 11, 2006, undersigned counsel hereby submits for the Court's consideration the attached collection of letters from Ms. Lempitski's family, friends and co-workers.  For ease of reference, the letters are organized as follows:

|  | TAB |
|---|---|
| Letters from Ms. Lempitski's Family | A |
| Letters from Ms. Lempitski's Friends | B |
| Letters from Ms. Lempitski's Current and Former Co-Workers | C |

Respectfully submitted,

/s/  Daniel J. Cloherty
Daniel J. Cloherty (BBO #565772)
DWYER & COLLORA, LLP
600 Atlantic Avenue
Boston, MA  02210
(617) 371-1000
*Counsel for Mary Lempitski*

DATED:  May 8, 2006

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 8, 2006.


/s/  Daniel J. Cloherty_____

Tuesday April 18, 2006

Honorable William G. Young
Chief Judge
United States District Court
District of Massachusetts
One Courthouse Way
Boston, MA 02210

Your Honor;

My name is Paulette Sbardella, and I am Mary Lempicki's mother. I cannot put into words the ache in my heart that has entered it since Mary's mistake; and because of this I am writing to you.

Mary is special.; She is the oldest of six children, and without my asking she was always there helping me. She had the nurturing sense even at her young age as a child. She protected her brothers and sister, loved and cared for them, and most especially when our home was turned upside down with an alcoholic father who was verbally abusive and uncontrollable.

<u>2</u>

Unfortunately came her marital breakup which caused her much unhappiness and depression. I am unable to comment on Mary's work ethic, except to say - knowing my daughters character that she gave of herself,

I do know however how all of this has affected her life personally and spiritually. Personally, she realizes she must make amends for her mistake.

Spiritually, Mary has told me that she is at peace, and will humbly accept what the court decides for her.

Your Honor, I tell you this, not to diminish her mistake, only to see before you a young woman who acted unwisely, and I hope your decision will be lenient.

I thank you in advance for taking the time to read this letter as it was very difficult to do this. A mother never wants to see her child make unfortunate decisions that affect their lives so deeply.

For a Mother is as happy as her unhappy child.

Sincerely
Paulette Sbardella

April 12, 2006


Honorable William G. Young
Chief Judge
United States District Court For The
District Of Massachusetts
1 Court House Way
Boston, MA  02210


Dear Chief Judge Young,

My name is Johanna Higgins and I am writing to you with regards to my sister, Mary Lempitski. Mary is from a very close family, she is the oldest of four brothers and myself her only sister. Mary is the oldest and I am the youngest. Growing up I sometimes considered Mary as another mother. Mary was always there when we had to endure the problems of my parent's marriage. My father was an angry alcoholic; Mary was the one who protected us from my fathers rage. As a little girl of ten she had to grow up fast. When I was a teenager I belonged to our church's CYO, so did my older brother Michael. She started being a teen advisor when Michael joined CYO and then I joined and she stayed on for four more years to be with me. When my parents divorced, Mary still made sure that we visited my father during holidays, my father eventually got sober and when he was alive he use to tell me how grateful he was to her for that. I honestly don't think he ever told her how much he really loved her.

As the years went by Mary worked at the MBTA. Every time she introduced me to her co-workers they would talk about how much they liked working for her or with her. She worked there for about 17 years. The past few years have been a nightmare for her. Loosing her job at the MBTA was horrible. She is now working 2-3 jobs to just keep up with the bills; she hasn't given up. She has met more people at these jobs that feel the same about her as I do. She is always helping out, making people laugh and making them feel special about themselves.

Mary has a way in helping out and making me forget my everyday stress. In 1999 I was pregnant with my first child. I went into labor 2 months early. It was a very scary birth. My son was rushed to the NICU right away. Mary was the first person at the hospital with my husband. She saw our child with him while I was still in the operating room. When I finally asked her about him she told me he was the most beautiful baby she ever saw. Judge, I wish that was true, he was pretty bruised up top to bottom with black and blue marks, he was on a ventilator, tubes and wires everywhere. When I saw him for the first time I went into shock, she just looked at me and said "Jo, he is so beautiful, just really look at him." I did what she said and I saw what she meant. He was in the NICU for a couple of months, he has CP, and through the years he has gone through countless surgeries for his lower part of his body. My husband and I try to keep everything to ourselves because we don't want to worry or bother anyone else in the family. Mary is different, she is my only sister, I speak with her everyday countless times, I see her at least five times a week. She knows when something is wrong or I am worried about my children. More times then one she has shown up at my house unannounced when I am deeply sad about my son. She just starts to hug me and tells me everything is going to be O.K., and every time it has been O.K. She is our rock, she never ever lets me forget about the positive things that my son can do.

Judge, I realize Mary has made a mistake and that is why I am writing to you. She wants to take responsibility for her tax mistakes. I ask you to find a fair and just punishment that does not include imprisonment. Mary and her family have suffered the past few years. I couldn't image not being able to talk or see her on a daily basis.

Judge, not only for me and my family do I plea with you to use leniency when sentencing, but for my extended family as well. My mother, as well as my four brothers and their families would be just as lost as I would be. Thank you for listening.

Sincerely,

Johanna D. Higgins

The Honorable William G. Young
United States District Court
One Courthouse Way
Boston, MA  02210

Dear Chief Judge Young,

My name is Joseph Naughton and I am writing you in regards
to my sister Mary Elizabeth Naughton Lempitski.  Mary is the
oldest in our family of six kids.  She is the proud aunt to my
four sons, Godmother to my oldest son Sean and aunt to my
nine nieces and nephews.  Mary is a loving member of a large,
close family and has always been there for any of us who have
needed her help and or time.

This past year and a half has been very difficult for Mary and
put a big strain on my mother.  Mary feels sorry and sad for
any discomfort or embarrasment this ordeal has caused
to her immediate family and extended family and friends.
I am sure that Mary will do anything and everything in her
power to rectify this situation.

Mary will be appearing before you on May 3, 2006 and it is
at this time that I plead with you for leniency for my sister.
Anytime away from our family will be extremely difficult.

Thank you very much for your consideration.

*Joseph Naughton*

Joseph Naughton

Mr. Thomas P. Naughton
58 Carolina Avenue #1
Jamaica Plain, MA 02130

April 11, 2006

The Honorable William G. Young
United States District Court
Once Court House Way
Boston, MA 02210

Your Honor,

Thank you for the opportunity to write on my sister's behalf.

I am Mary's oldest brother.  Mary has always been there to help us through the hard times in our lives.
She is a very unselfish person when it comes to her friends and family.  Mary has always been and
continues to be a loyal and hard worker.

The mistake Mary has made was not facetious and does not reflect the type of person Mary has been
her entire life.  She knows there's a penalty to pay for this mistake and is courageously accepting that.
The past couple of years have been extremely painful for her and our family.

We are grateful that this ordeal is coming to an end.  I only ask that you please use leniency when
making your decision as I feel Mary has already greatly suffered the consequences of her mistake.

Respectfully,

Tom Naughton

51 Worley Street
West Roxbury, MA 02132

April 20, 2006

The Honorable William G. Young
United States District Court
One Courthouse Way
Boston, MA 02210

Your Honor:

My name is Michael Naughton, Mary Lempitski's younger brother. I am writing this letter on behalf of Mary and the situation that she is in. Writing this letter is a very difficult thing for me to do. Not in the sense that I have nothing to say on Mary's behalf, but just the opposite, I have a lot to say on Mary's behalf.

I am very close to Mary and have always been. We grew up not in the happiest of households. It is not something that we dwelled on, as there are many children who grew up in tougher situations than ours. Maybe that is why we are as close as we are today. Being able to stick things out back then gave us a bond that cannot be broken. Seeing the stress that Mary is going through now, and for the past three years has been painful. Mary knows that what has happened, she cannot change, because if she could, she would. Regret is all over Mary's face every time I look at her because Mary feels that she not only let herself down by her mistakes, but also her family and I know that is really hurting her.

She also knows that she cannot let this ruin her life. That is why she is working three jobs to pay for her mistakes, doing everything that has been asked of her, to make this horrible situation right.

I feel that if Mary has to go away to prison to pay for this mistake, that it will only do her harm. Although Mary appears strong on the outside, she is crumbling inside. My sister will accept any decision you make, and we will support her in every possible way. I am asking you, respectfully, not to give Mary any time in jail, instead if something could be arranged to pay her debt in other ways (community service, probation…), I feel that not only will this be helpful to Mary, but she could continue to pay back her debt as she has been doing since this all started.

Thank you for your consideration, Your Honor.

Sincerely,

Michael F. Naughton

April 18, 2006

The Honorable William G. Young
United States District Court
One Courthouse Way
Boston, Ma. 02210

Sir,

My name is James P. Naughton, I am writing on behalf of my sister Mary E.
Lempitski. Mary is the oldest of six, there are four brothers and a younger sister..

My father immigrated to the United States from Ireland at the age of 19 and held
numerous laborer jobs. My mother was born and raised in Jamaica Plain, as were her
mother, whose parents were Polish immigrants, and her father, whose parents were Irish
immigrants. Most of us still live in the city of Boston and all work in the city. My
grandparents held management jobs for the city. Our children attend schools and colleges
in the city. We are a part of this city and are children will also be part of it.

My family has always been a very close knit family, we care a great deal for each
other and each others families. We all live close to each other, converse nearly every day,
and always get together whenever possible. I believe this closeness has a lot to do with
my sister Mary

Growing up Mary was always helping out my mother with me and my brothers
and younger sister, growing up in a big family the oldest got that job. Mary cared for and
watched us all the time.

I remember as a freshman in high school I was struggling with a term paper,
Mary was on her way out with her friends. She saw I was having trouble, cancelled her
plans and helped me until it was completed. That's just one time, out of many that my
sister was there for me.

Mary is a loving and caring person, Your Honor, who is devoted to her family.
Mary has no children but has 13 nieces and nephews, who she cares a great deal for and
they care a great deal for her.

I tell my own children you are responsible for your actions and you also must be
responsible for the consequences of those actions. My sister Mary must now pay the
consequences for her actions, and she is willing to do so.

I believe she has suffered a great deal, not only by the humiliation she has put
herself through, but both emotionally and socially.

Your Honor, I have been a Boston Police Officer for 18 years. I have been
involved in hundreds of criminal proceedings involving bad people and good people. The
bad people do bad things and sometimes get away with it. The good people most of the
time don't do bad things but make bad decisions, who get punished. I ask you to consider
my sister Mary a good person who made a very bad decision and has been punished by
this whole process. Please be lenient with her sentencing. We need our sister Mary and
she needs her family.

Thank your for your time and letting me have the opportunity to express my
feelings in this matter.

Respectfully

James P. Naughton
James P. Naughton

**Alexander CLOHERTY**
Attorney at Law

The Honorable William G. Young
United States District Court
One Courthouse Way
Boston, MA 02110

Re:   Mary Lemptiski

Date:   05/02/2006

Dear Judge Young:

My name is Alexander Cloherty. I am an attorney in private practice in Boston. Mary E.
Lempitski is a defendant in a matter before your court. I am writing on her behalf to request
leniency when you decide her sentence.

My request is not disinterested. Ms. Lempitski is my cousin. We are part of a large family and,
despite the fact that she is the oldest of our generation and I am the second youngest, we are all
close because of we grew up together on the same street in the Jamaica Plain section of Boston,
Massachusetts.

As a child, I remember driving to Fitchburg, Massachusetts, in the back seat of a station wagon to
bring Mary to Fitchburg State College. This experience made a lasting impression on me because
I learned that attending college was something important to do and a goal to set for myself. My
next impression of Mary is that she was a hard and dedicated worker. She worked at Fenway
Park, at the Boston Five Cents Savings Bank, and, eventually at the MBTA. Like her dedication
to her family, her work ethic was always apparent.

My law practice is a general, civil practice. I have, however, represented criminal defendants in
matters in the Boston Municipal Court and in Massachusetts district courts. In those matters, it
was my obligation not only to defend my clients through the process, but also to inform and
educate them so that they knew that it was their choice, through their actions, whether or not they
would be back in court as a defendant. This goal was particularly important if the client had no
previous record and so could preserve the normalcy that the majority of society expects and
respects.

Please consider Mary as a person living up to her obligations when you decide her sentence. As a
result of this process, she is fully aware that her mistake was not a minimal one. In taking
responsibility for her actions, Mary has chosen to acknowledge her mistake to accept its
consequences, and to forfeit the normalcy that, until the start of this process, she enjoyed.

Thank you for your consideration in this matter.

With kindest regards,

Alexander Cloherty

---

1 Center Plaza, Suite 220                              Phone:   (617) 227-0052
Boston, MA  02108
alex@clohertylaw.com                                   Fax:     (617) 249-0250

51 Worley Street
West Roxbury, MA 02132

April 19, 2006

The Honorable William G. Young
United States District Court
One Courthouse Way
Boston, MA 02210

Dear Your Honor:

I write to you today to ask for your compassion when considering an appropriate punishment for my sister-in-law, Mary Lempitski, who is scheduled to appear before you on May 3rd.

I have known Mary for approximately 18 years (I am married to Mary's brother, Michael). As you know, Mary has pleaded guilty to tax evasion, knowing full well the seriousness of such a charge and its subsequent punishment. But she is determined to take responsibility for this misstep. I also know that Mary does not belong in prison and I ask that you consider probation and community service to punish Mary, who has admitted to this major mistake to which she has been charged.

Mary is a kind, loving, compassionate person and one of the most unselfish human beings who has always been there for her friends, neighbors and family. It probably sounds cliché, but Mary truly has suffered greatly already with the loss of her job, her reputation and the disgrace of it all happening in the public eye. Mary is currently working three jobs to repay her debt and is extremely close to her family.

Your Honor, without getting into specifics about her family life growing up, she endured many difficult and painful times. Mary has shown both courage and responsibility by admitting to her mistake, and I fear that prison will only break her down emotionally, more than she has already suffered. Her family, certainly including myself, support Mary 100% and I greatly appreciate time taken out of your hectic schedule to consider this request.

Thank you very much.

Respectfully submitted,

Joanne Naughton

William P Hannigan
10 Magnus Ave, apt 3.
Somerville, MA
02143

April 21, 2006

United States District Court
One Courthouse Way
Boston, MA. 02210

The Honorable William G. Young:

The Honorable William G. Young:

I am writing on behalf of Mary Lempitski, and to express my support for her.  Mary is my cousin, and also my godmother.  I have known her all of my life of 32 years.

Mary has a caring and loving character, often illustrated in her interactions with the children and elders of our family, as well as her community.  I can always remember Mary conversing, playing with and paying close attention to them, to make them feel loved and appreciated.  She would also go out of her way to help family members in need of assistance.  I recall a time when I was out of work; she spent some time helping me to find employment, and provided advice that has since helped me in my professional career.  There are also many other instances I can recall of her helping me, or anyone else who sought her assistance.   She has always been there for me when I needed help or advice.

We all understand that Mary made a mistake, and must accept the consequences.  She has suffered a great deal from her mistake, and I ask you to consider this when issuing your judgment.   I ask you for leniency so that Mary can continue to be a valuable asset to our family, as well as our community.

Sincerely,

*William Hannigan Jr.*

William P. Hannigan, Jr.

Eileen Higgins Sexton
53 Consancui Ave
Jamestown, R. I
02835
April 21, 06

The Honorable William G. Young
Chief Judge
U. S. District Court
District of Mass.
1 Courthouse Way
Boston Mass 02210

MY NAME is Eileen Higgins Sexton. My son,
Charles Higgins is married to Johanna and her
sister is Mary Lempitski. Mary is known to
me for over 10 years. I consider her a
friend. I have spent a lot of time in her
company over these many years. As recently as
Easter Sunday her Mom + Mary + I went To prayer
Service together. I observed how sincerely
Mary is praying for forgiveness.
Mary has worked long hard hours all
these years and been kind + loving
to all of us through some pretty

- 2 -

difficult days. She is my grandsons Godmother and showers him with love. He is a special needs child & she is always there for him. Mary is a kind loving & generous person. I respect her and have complete faith in her. Mary has expressed contrition and we all pray you will be moved to some leniency and mercy when you review how many of us she has helped and cared for. She is far more useful to society in some form of public service. She has already suffered much. She will make an excellent employee again & gives more than 100%

I hope & pray your heart will be opened to shed some mercy on the fine woman.

Thank you so much

Respectfully, Eileen Higgins Sexton

The Honorable William G. Young
United States District Court
One Courthouse Way
Boston, MA 02210


Dear Chief Judge Young:

It is my pleasure to write this letter on behalf of my cousin Mary Lempitski. I have
known Mary my whole life. Having grown up living across the street from her and her
four brothers and sister, I feel as close to her and her family as if they were my own
siblings. She was the flower girl at my parents wedding, a frequent babysitter for me,
and I learned how to drive a stick shift in her car.

She is a loving and caring aunt to her 13 nieces and nephews. She is a strong emotional
supporter of her mother, and devoted to her sister and brothers. I know that the past few
years have been very hard for Mary and her family. She has been working at two local
businesses close to my home, and seeing her at family events and in the neighborhood  I
am heartened at how good spirited she has been throughout this ordeal.

Mary has acknowledged the mistake she has made and has accepted responsibility for it.
I would ask that you consider leniency in her sentencing, her family and friends have
been, and will always be by her side.


Sincerely

Andrew M. Cloherty
10 Chester Pl.
West Roxbury MA

April 20, 2006

The Honorable William G. Young
United States District Court
One Courthouse Way
Boston, Ma 02210

I am writing on behalf of Mary Lempitski who will be appearing before you on May 3, 2006.

Mary is a good friend and my sister-in-law.  I have known her for fifteen years and she has always been loving and caring  to those in contact with her.  Mary treats others with kindness and respect in all of her affairs.

Your Honor,  I will be brief , yet I could expound volumes on her situation, there is a reason Mary is being sentenced as a first time offender.  she has done nothing wrong in her past, she has just made a mistake and has learned her lesson well.  Mary has lost everything she cherished, except her family.  Your Honor I feel Mary has paid a fair yet hefty penalty.  Please consider a suspended sentence,  time away will due nothing to help her correct her mistake.

Respectfully,

Charles Higgins

Charles Higgins

Mrs. Stephanie Naughton
58 Carolina Avenue #1
Jamaica Plain, MA 02130

April 11, 2006

The Honorable William G. Young
United States District Court
Once Court House Way
Boston, MA 02210

Your Honor,

Mary (Naughton) Lempitski has been my sister-in-law and close friend for the past 14 years.  For the past few years we have lived in the same house and she is a loving aunt to my two young sons.

The entire time I've known Mary, she has been an extremely hard worker, working extended hours and often on Holidays so that her employees would not have to.  She is a caring and honest person.  We have a large, extended family and Mary has been there for all of us at one time or another to lend her support; everyone knows they can count on Mary.

Mary has admitted she made a mistake.  By accepting responsibility for her mistake takes great courage which speaks so much  to her character and I believe she is doing everything possible to make up for this mistake.

The past couple of years have been extremely difficult for Mary.  The embarrassment and humiliation of losing of her job in such a public way would destroy most people.  Mary did not use this time to blame anyone and make excuses.  She continues to work hard so that she can earn a living and start the process of repaying her debt.

I respectfully request your empathy when deciding her sentence, as this whole ordeal has been punishing enough for her and our entire family.

Respectfully,

Stephanie Naughton

Stephanie Naughton

The Honorable William G. Young
United States District Court
One Courthouse Way
Boston, MA  02210

Dear Chief Judge Young,

I am writing you today on behalf of my sister in-law Mary Naughton
Lempitski.  I have know Mary for seventeen years.  Mary was the
first person I met in my husbands family and from the very first
minute Mary made me feel comfortable and part of the family.
Mary is friendly and fun to be around.  She is kind and
generous and a loving aunt to my children.

I cannot say that I know or understand exactly what this plea
means but I can say that I know that Mary is a good person.
She will do everything she can to do what is right.

Your Honor,  I respectfully ask for your consideration for
leniency for Mary.

Respectfully,

Jennifer Naughton
Jennifer Naughton

292 Main Street
Plympton, MA  02367
April 12, 2006


The Honorable William G. Young
United States District Court
One Courthouse Way
Boston, MA  02210

Dear Judge Young:

We write in support of our niece, Mary Lempitski, and attest to her strength of character.

The Mary we know is a kind, caring, sensitive, trustworthy and generous young woman. We use the term generous with respect to her time and talent.  In her teen years, Mary was an active CYO member serving on committees; later she volunteered as an Adult Advisor, giving back to an organization that helped form her character.  In the same spirit of volunteerism, Mary continued to donate her time and talent – serving as Costume Manager for the folk dance group to which she belong for several years.

The oldest of six children, Mary had to and did assume responsibilities in the home at an early age.  From age fourteen through high school and college, Mary worked after school earning her tuition, a great help to her family as all six children attended parochial schools.

In her professional life Mary worked with money:  summers as a concessionaire at Fenway Park from 1976-1980, full-time as an assistant branch manager for the Boston Five.  In addition, Mary developed the teller training program for that bank.  Trust was certainly a factor required in both positions and clearly not lacking.

We know a Mary who has always done what was right, never shirking her duty to her family and, from our experience, her work.

We ask you to consider these factors when you pass judgment on our niece.

Sincerely,

Evelyn J. Hannigan                          Edwina S. Cloherty

April 12, 2006
The Honorable William G. Young
One Courthouse Way
Boston, MA 02210

Dear Chief Judge Young,

I am writing to you on behalf of Mary Limpitski to ask for leniency. She is the oldest of six children and grew up next door where she lived until her marriage. Her four brothers are civil employees - a policeman, a MBTA supervisor, a postman, and a school maintenance worker. Through the years our families have shared many times, happy and sad, schools and church related, and everyday events - Mary was very involved in Polish dancing. She helped care for an elderly

greataunt who come to live with them rather than go to a resthome. She lived with them until her death. At the present time Mary's sister has a crippled young son, the older of two. He is recovering from major surgery, and Mary has been very helpful in his care and all that it entails. Her brother and family now live next door so our families are still in daily touch with each other.

Mary admits to making a wrongdoing and is trying to rectify it. Please allow her to have her freedom to do so and to continue with her life in a large loving family.

Sincerely,

Alice J. Bunnell
45 Peter Parley Rd.
Jamaica Plain, MA
02130

Ultan Connolly
102 Intervale Road
Dedham  MA02026
May 3, 2006

The Honorable William G Young
Chief Judge
United States District Court
One Courthouse Way
Boston  MA02210

Dear Chief Judge Young

I am writing to you on behalf of Mary Lempitski who is being presented before you for sentencing May 11, 2006.

Mary has been a very good friend to my wife and I for almost 3 years and in that time I have noted many of Mary's characteristics.  She is loyal and kind; she is generous with her time and love, she is thoughtful and genuine … she is a person I am proud to call a friend.

I was very sorry to learn of this case against Mary.  She has tried to maintain her strength and dignity while admitting and accepting she has done wrong.
Mary has suffered greatly during this ordeal and I know that a sentence of incarceration would be devastating to her family and friends and I feel detrimental to Mary herself.  I know Mary has been going to great lengths to work and earn money to re-pay what she owes so feel an alternative sentence would in this case be justified.

Your Honor, Mary is a good and honest citizen and I would please ask that you show leniency when considering her sentence.

Sincerely

Ultan Connolly

April 19, 2006

The Honorable William G. Young
United States District Court
One Courthouse Way
Boston, MA 02210

Dear Honorable William G. Young,

My name is Sheila M. Mortali, I am writing to you in regard to Mary Lempitski. I have known Mary as a personal friend for over three years. We were introduced to each other by a mutual friend socially. From that first meeting I could see that Mary was a thoughtful and respectful friend and Mary and I have developed a long and lasting friendship ourselves. Much of Mary's time is spent helping friends and family, whether she is covering a work shift or just spending time with a friend or family member who needs someone to talk to.

Another friend of ours recently became a small business owner in our community. Mary has been tireless in helping our friend get her business off the ground, providing assistance with working in the shop, making deliveries, creating arrangements as well as providing immeasurable moral support.

Mary and I often make plans to take out respective nieces and nephews to gather socially at local community events. Mary's commitment to her family is a joy to watch, as she always has a kind word and/or a hug for encouragement or to just make your day brighter. Her family and friends are what are important in her life; please take this into consideration as you make your decision. Whatever your decision, it will have a lasting effect on many people. I feel that I am lucky to have Mary as a friend in my life and know that I will support throughout this process.

Respectfully,

*Sheila M. Mortali*

Sheila M. Mortali

214 POPLAR STREET
ROSLINDALE, MA 02131

# THOMAS F. GRZYWACZ

April 18, 2006

The Honorable William G. Young
United States District Court
One Courthouse Way
Boston, MA 02210

Dear Chief Judge Young,

I am writing to you on behalf of Mary Lempitski who will be appearing before you on May 3, 2006.

I have known Mary for over twenty years and she has always been a very caring, kind, and unselfish friend. We met while doing non-profit work for the Krakowiak Polish Dancers of Boston and ultimately became life long friends. Right from the start, I admired her dedication to helping others. Mary spent countless personal hours towards the growth of this organization, with no personal benefit to herself. Mary has always been the woman that friends went to when they had a problem that needed to be solved. She always takes the time to listen and gives heartfelt, honest advice. This is not always easy to hear but Mary always says what is in the person's best interest. Not only does she help her friends but many times she will cancel plans with them because she needs to help out her current employer by working extra hours when other employees do not come to work. She is always willing to put others before herself.

Mary loves and is deeply committed to her family. She has an elderly mother, four brothers, one sister, and many nieces and nephews, all of whom live in the immediate area. Mary has always been a loving aunt, helping to care for her nieces and nephews whenever needed. She has a special relationship with one nephew, Chuckie, who was born with cerebral palsy. Although his birth put a great strain on her family, she dedicated herself to supporting her sister both emotionally and physically with raising this child. She always makes herself available to care for her little niece so that her sister can take Chuckie to his many doctors' appointments and therapy sessions. To imprison Mary would create incredible hardship for her family and impact the lives of her nieces and nephews.

Judge Young, Mary is one of my dearest friends and the most selfless person I know. Although she committed a serious act, she is truly remorseful and works everyday to make things right. Her life has become a nightmare and a punishment in itself. I would respectfully ask your Honor for kindness and leniency on her behalf so that she can move on with her life and work towards a more productive and positive future.

Sincerely,

Thomas F. Grzywacz

Thomas F. Grzywacz

753 UNION STREET · MANCHESTER, NH · 03104
PHONE: (603) 641-2892

Honorable William G. Young
Chief Judge
U.S. District Court for the State of Massachusetts
One Courthouse Way
Boston, MA 02210


Dear Chief Judge Young,                                    April 14, 2006

        My name is Sheila Cobb and I have known Mary Lempitski for four years. I do not even
know where to begin on what an incredible person that Mary is. She has been the best friend that I
have ever known. I watch her be the best sister, daughter, aunt and employee. Her selflessness with
others is unreachable for most. I have worked with Mary as well and her work ethic is at the top of
the charts.

        I opened my own business one year ago and Mary was with me during this time and has not
left my side during this year.

        Your Honor I know that you read letters like these often, but I am pleading with you,
please show leniency on Mary Lempitski.

        Mary would never intentionally break the law. She is an outstanding Catholic, which many
of us have lost faith in these trying times with our church. Mary never misses mass and more
importantly is the most Christian like person that I know. She is extremely good to others,
especially elders and children.

        Your Honor Mary Lempitski makes this world a better place. Even during this turmoil in
her life she still can light up a room and sooth everyone that surrounds her. I am pleading with you
Judge Young, please for the sake of all of us, show leniency on Mary Lempitski. I appreciate your
time.

                                        Sincerely,

                                        Sheila K. Cobb

                                        Sheila K. Cobb

Honorable William G. Young
Chief Judge
U.S. District Court for the State of Massachusetts
One Courthouse Way
Boston, MA 02210

Dear Chief Judge Young,                                        April 14, 2006

     My name is John Joyce and I am writing this letter on behalf of my friend, Mary Lempitski.

     Mary and I became friends about three years ago through a mutual acquaintance. I have since come to admire Mary in so many ways. She is one of the most unselfish persons that I have ever met. She is so giving of herself and her time whenever a friend or a family member is in need. I know in life we all have problems that consume us at times; Mary is going through that now. I have seen a light at times that shines so bright when she is with her nieces and nephews, family and friends. Often times I see that light almost extinguished with grief from what she is going through.

     If you could find the compassion to be lenient when sentencing Mary, and I am sure that you see these letters often, but Mary is one of those people that we come across in life all to rarely. She is someone I find myself wanting to emulate in the way that she conducts herself and how she is kind and patient with everyone that she comes in contact with. So I, am pleading with you Your Honor, please try to be lenient when this time comes for Mary Lempitski.

     Sincerely,

John C. Joyce

April 24, 2006


Honorable William G. Young
Chief Judge
United States District Court for the
District of Massachusetts
1 Court House Way
Boston, MA 02210


Dear Chief Judge Young,

My name is Suzanne Grenier and I am writing to you on behalf of Mary Lempitski. Mary is my life long friend. We grew up together and still maintain a close relationship. We attended Our Lady of Lourdes Grammar School in Jamaica Plain. Though we attended separate Parochial High Schools we still stayed close friends. During our high school years we were very active together in our parish Christian Youth Organization at Our Lady of Lourdes. It was here that we played on the basketball team & held fundraising events to help our organization so we could help others such as the children and senior citizens in our parish.

   For one week during the summer our services went to Camp Fatima in New Hampshire for their Exceptional Children's Week.  During this week mentally challenged children from different facilities would come to enjoy camp life with other children like themselves. It was here we would volunteer as counselors, assist in arts and crafts, swimming, boating and other activities you would find in any sleep away camp. We also put on shows in the evening for them. We did everything we could to make this a fun, loving & memorable event in their lives. There was never a dry eye in the camp when it was time to go home.

   You see, Your Honor, this is the life we were brought up in. We were good kids. We had lots of fun and we did good things for people when we didn't even know it. This is the type of person Mary has always been and has carried this good character into her adulthood. She has always been kind and generous to anyone who has met her. Mary is a decent hard working and dependable woman who always had a job and put it first in her life. She is there for people when they need help.

   The situation that she is in has torn her life apart. The shame and embarrassment to her and her family has caused much duress in her everyday life since this began. Your Honor, please consider with your leniency that Mary has been and will be paying retribution in her heart for the rest of her life.

Respectfully,

*Suzanne C. Grenier*

167 Sherman Street
Wollaston, MA 02170
April 28, 2006

The Honorable William G. Young
United States District Court
One Courthouse Way
Boston, MA 02210

Dear Chief Judge Young:

My name is John Thornton, and I am writing to you on behalf of Mary Lempitski who
will be appearing before you on May 11, 2006. I have known Mary and her entire family for over
30 years. The six children in her family match up closely with the five children in my family and
we all went through eight years of grammar school together at Our Lady of Lourdes School in
Jamaica Plain.

Mary and her family have always been hard working and involved in the community.
Mary was instrumental in re-establishing the CYO at Our Lady of Lourdes Parish as I well know
because she "forced" her brother and I to join the group. I also know Mary worked for years at
The Boston Five Bank while also working nights at Fenway Park during summers. She has
always been a dedicated employee willing to get the job accomplished and assist her coworkers.

I know that there have been significant events in Mary's life over the last several years.
The loss of her father had a major impact on Mary as she was very involved in managing his
health and day-to-day activities. Also, Mary went through a divorce after over ten years of
marriage that required selling her home. Life events like these may have compounded the
pressures of work and impacted her judgment contributing to some bad decisions being made.

Mary is acknowledging her mistakes and accepting responsibility by entering into a plea
agreement. It is my sincere hope that your Honor will exercise compassion and leniency at
sentencing.

There have been recent well-publicized instances of poor judgment being exercised.
Elected representatives like Diane Wilkerson and Marie St. Fleur have had situations occur where
compassion was demonstrated and the individuals maintained their positions in government and
standing in the community.

Mary has lost her father, a marriage and home as well as her employment and financial
security. Please do not subject her to the loss of her freedom. Thank you for your thoughtful
consideration of this matter.

Sincerely,

John F. Thornton

95 Rocky Hill Road
Brewster, MA  02631
May 2, 2006

The Honorable William G. Young
U.S. District Court
One Courthouse Way
Boston, MA  02210

Dear Judge Young,

I am writing this in support of Mary Naughton Lempitsky.  I met Mary in the early 1980's when we worked together at The Boston Five Cents Savings Bank.  We worked together for several years and our friendship continued when she left the bank to work at the MBTA.   Over the years, I have spent a great deal of time at her home with her and her family.  We have vacationed together multiple times and I was a bridesmaid at her wedding.  Since I moved away from the city, we see each other less frequently, but we have stayed in touch with regular phone calls and periodic visits.  I cherish our relationship and I feel fortunate to be her friend.

I know Mary to be a person of character, integrity and honesty.  In every way and over many different circumstances – both professional and personal, she has demonstrated to me that she is trustworthy and forthright.  She takes her responsibilities in all areas of her life with great seriousness.  Above all, she is ethical.

I ask that you consider this information when weighing your decision.

Respectfully yours,

Faythe E. Ellis

Raymond  Gowing,
196 Manthorne  Rd,
West Roxbury  MA  01232

The Honorable William G Young
Chief Judge
United States District Court for
The State of  Massachusetts
One Courthouse Way
Boston MA 02210.

Dear Chief Judge Young,

My name is Raymond Gowing and I am the manager at West on Centre, a restaurant in West Roxbury,  Mass. I am writing to you on behalf of Mary Lempitski, one of our employees. I have known Mary professionally for over two years, since our restaurant opened. Mary is one of only a few that have been with us from the start.

I can honestly say that a great deal of the restaurant's success is due to Mary. Before I hired Mary she was very forthcoming and  brutally honest of her legal situitation. It was because of this honesty  that I hired Mary . If all my staff possessed  the work ethic, professionalism ,honesty and integrity that Mary has shown, in which clearly has to be the most difficult time of her life, my job would be so much easier.

I firmly believe that it is trying times that reveal the best and worst of ones character..I have witnessed first hand the toll the two years have taken on Mary and she has done it with grace and dignity. I have three young children and I can only hope that they achieve the character that I have witnessed from Mary since I  have known her.

I cannot condone the mistake that Mary made but nonetheless it was a mistake and carries consequences. I can only hope and pray that the pain, suffering and hardship that Mary Lempitski  has been through since I have had the pleasure of knowing her is enough of a sentence.

If you have any questions regarding Mary Lempitski I would be more than happy to answer them. I can be reached at (617)363-9532.

Sincerely

Raymond Gowing

April 20, 2006

The Honorable William G. Young
Chief Judge
United States District Court for the
District of Massachusetts
One Courthouse Way
Boston, MA 02210

Dear Chief Judge Young,

I am writing to you on behalf of our employee, Mary Lempintski, who has dutifully
worked for us for the past two years. Mary has demonstrated qualities
I value in an employee: honesty, kindness, responsibility and sincerity.

I know I speak for her coworkers and her favored customers when I say that
Mary has shown exemplary professional skills handling the day to day business of a
busy restaurant. Mary's trustworthiness has been an example to her coworkers
and beneficial to our management staff who rely on her to fill many rolls.

I consider Mary to be a good and honorable employee. I ask that you consider
her strong work ethic and high regard among her coworkers as you consider
her future.

Sincerely,


Joe Greene
Owner
West on Centre
1732 Centre Street
West Roxbury, MA 02132

April 19, 2006


The Honorable William G. Young
United States District Court
One Courthouse Way
Boston, MA  02210

Dear Chief Judge Young:

I am writing you this letter on behalf of Mary Lempitski.  I've known Mary for two years
now and I must tell you for the time that I have known her I found out that she is the type
of person who would do anything for anybody.  Mary is a phenomenal co-worker and a
great friend and she continually proves how valuable an employee she is.  Mary and
I helped open a restaurant, which takes a lot of compromise and patience in dealing with
all aspects of this business.  When working side by side in a restaurant, people tend to
grow close and rely on each other to get through a shift.  My co-workers and I know that
we can always rely on Mary.  She is the first person people call when they need a helping
hand and she's always there to give it.

Your Honor I've also seen the way Mary interacts with her family and how much they
love her and rely on her.  From what I've experienced, Mary has always been kind and
helpful towards others.  I truly believe Mary is a good, hardworking, caring woman who
through unfortunate circumstances made an error in judgment.  I ask you to consider
leniency when sentencing her.

Sincerely,

Lisa M. Roberts

Lorraine Connolly
102 Intervale Road
Dedham  MA02026
May 3, 2006

The Honorable William G Young
Chief Judge
United States District Court
One Courthouse Way
Boston  MA02210

Dear Chief Judge Young

I write to you in regard of Mary Lempitski who is being presented before you for sentencing
May 11, 2006.

I have known Mary for almost 3 years, first as a work colleague and now as a friend.  Mary
is one of the most kind and genuine people I have had the good fortune to encounter.  Her
sincerity and caring nature make her the person everyone wants to call a friend.  I have
witnessed first hand how strangers naturally warm to Mary because of her compassionate
disposition.

Her tremendous work ethic and commitment to her employers and colleagues is evident
daily.  Mary is always the first person to offer assistance and guidance or to take on tasks
which others are reluctant to.

I know that Mary understands the seriousness of what she has done and has admitted to
committing the offence.
Although she is a strong person I am not sure that Mary is strong enough to serve a prison
sentence.  Mary has suffered greatly during this experience and I know is trying daily to be
strong for her elderly mother and loving family and friends but the stress is evident.
She is fully aware of the consequences of this case and in her defense Mary has been
working extremely hard, even taking a second job, to help re-pay monies owed to the IRS
and I know she would continue to do this until her debt has been cleared.

I would ask your Honor to be merciful when passing sentence and to bear in mind the effect
a harsher sentence would have on an otherwise hardworking and law abiding citizen.

Sincerely

Lorraine Connolly

April 15, 2006


The Honorable William G. Young
United States District Court
One Courthouse Way
Boston, MA.  02210


Dear Judge Young,

My name is Karen Chin.  I am writing to you on behalf of Mary Lempitski who will be appearing before you on May 3, 2006.


After 26 years of service, I retired from the Massachusetts Bay Transportation Authority (MBTA) in 2004. I first came to know Mary in 1988 when she was hired as the assistant manager of revenue collection and I was the staff assistant to the superintendent of revenue.  We developed a working relationship that turned into a friendship.


I last held the position of supervisor of revenue audit where I worked closely with Mary, who was the superintendent of revenue collection, on the reconciling and reporting of the Authority's revenue.  I always found her to be honest and above board.  She took pride in her job and took her duties and responsibilities seriously.


I understand that what Mary did was a serious act and she should punished.  Moreover, she understands what she did was a serious act and she is willing to be punished.  That is why she accepted a plea agreement.  However, I do believe that what she and her family has had to endure these past two years has been punishment enough.  She lost her job and has had to rebuild her life.


I am asking you to show some leniency and to mete out her punishment keeping in mind what she has already gone through.  She will always have to live with what she has done.


Sincerely,

*Karen Chin*

Karen Chin

The Honorable William G. Young
United States District Court
One Courthouse Way
Boston, MA 02210

Dear Chief Judge Young,                    April 17, 2006

My letter is for your thoughtful consideration on behalf of Mary Lempitski, who
will be appearing before you on Wednesday, May 3, 2006. My name is Edward R.
McDonough, and until my retirement in December of 1998, I was the Senior Detective
assigned to the Internal Security Unit of the M.B.T.A. Police Department. I enjoyed
serving in that position for over 15 years and was with the Department for 30 years.
During that time, I had the opportunity and pleasure to meet and ultimately work closely
with Mary on several investigations and security related matters. At no time did I ever
think that Mary was anything but forthright and honest in our dealings. I relied a great
deal on her work ethic together with her knowledge, judgement and opinions. I know
from conversations I had with both her superiors and co-workers over the years, that
Mary greatly impressed them as well.

The ordeal that Mary is going through is one of her own making to be sure, and
her mistake is something she has already paid dearly for with the loss of her long
employment with the M.B.T.A and the awful stigma that she has had to face as a result of
the accompanying publicity. The difficulties she has had to face have been ones that her
family has also had to bear and for which I know Mary feels a great deal of remorse and
pain. I know from past experience that this stigma is something that will follow her the
rest of her life. Her mistake certainly has consequences for which she has acknowledged
and knowing Mary as I do, she regrets that mistake deeply. Mary's own character, as
well as her loving family and a close group of friends, that continue to support her, will
help her through this situation. I count myself as one of her friends.

Your Honor, I would respectfully ask that in your sentencing deliberations you
consider that Mary is an asset to her family and her community and that enough of a price
has been paid for her mistake. Mary so wants to put this terrible experience behind her
and continue on with her life. She will always have the support of her family and friends
and I pray that you will show her leniency and allow her to come home to her family and
friends on May 3rd.

Respectfully,

Edward R. McDonough

April 20, 2006

The Honorable William G. Young
United States District Court
One Courthouse Way
Boston, Ma. 02210

Dear Justice Young:

I am writing on behalf of Mary Lempitski who will be appearing before you on May 3, 2006. I have known Mary in both a professional and personal capacity for twenty years. I worked for the MBTA for twenty five years and for seventeen years the Revenue Collection Department reported to me. I was the head of the selection committee that hired Mary as the Assistant Manager of Revenue Collection in 1986. Mary was a key and trusted member of my staff. She was always willing to work extra hours and did whatever was necessary to ensure the job was done right. She was extremely dependable and I relied on her to coordinate and manage the department's role in major events such as July 4th, First Night, and Sail Boston. When we had to implement a new software system under extremely tight time constraints because of Y2K concerns Mary assumed responsibility for the project and worked tirelessly to ensure its success. What made it even more challenging was the fact the revenue function is specialized and unique and there were very few people within the organization that understood the needs and requirements of the department. Her work ethic and dedication earned her the respect of all of her colleagues and earned her a number of promotions.

I worked with many hard working and dedicated professionals in my twenty five year career at the MBTA but I can state without reservation no one was any more dedicated to their job or worked any harder than Mary.

I do not profess to know the details of Mary's plea or how the legal system views issues of this matter. However if Mary has made a mistake I believe her acceptance of a plea is her way of acknowledging the mistake and accepting responsibility for her actions. That being said I know the personal toll this matter has had on her. No matter how hard I try or how much I write I could never adequately convey to you the personal impact this matter has had on her. Mary took her job very seriously. She was aware of the sensitivity of her position and the trust that was placed in her. Having worked as closely with Mary as I did for seventeen years I know in my heart that Mary has never done anything to undermine that trust. I ask that you take this into consideration.

Sincerely,

Michael DeAngelis

April 18, 2006

The Honorable William G. Young
United States District Court
1 Courthouse Way
Boston, Ma. 02210

Dear Judge Young:

I am writing this letter on behalf of Mary Naughton Lempitski. I met Mary back in 1980, when I hired her to be a teller at the main office of The Boston Five Cents Savings Bank. As her supervisor, I knew that I had made a good choice. Mary was with the bank from 1980 to 1988 and she worked her way up from the teller position to teller trainer and then on to an assistant manager position on the retail side of the bank.

During Mary's tenure at the bank, she became highly regarded for her patience, understanding, and abilities. Her professionalism was evident from the outset, and she always performed her duties in a manner that kept the daily operations running smoothly. When Mary chose to leave in 1988, she was held in the highest regard and in good standing by all

To this day, when I see Mary in social settings, such as road races, I'm impressed by the dignified manner in which she carries herself. She is the same person I met 26 years ago, one who deeply cares for her mother and family, as well as those around her.

While I am aware of the fact that Mary has admitted to a mistake, I can only hope that some leniency can be considered. I know how difficult the recent years have been for Mary and her family. I have never written a letter like this for anyone, but I felt that I would be remiss, if I didn't voice my opinion on her good character. I wouldn't hesitate to meet anyone in person to discuss any aspect of this letter in more detail.

I want to thank you for your time and consideration.

Sincerely,

Stephen Dwan
32A Pemberton Street
Walpole, Ma. 02081
(508)-660-6709