## III

## CONCLUSION

For all the foregoing reasons, Defendant respectfully requests that this Court enter a sentence in this case of five months of imprisonment, followed by five months of home detention.

Respectfully submitted,

/s/  Daniel J. Cloherty_____
Daniel J. Cloherty, Esq. (BBO #565772)
DWYER & COLLORA LLP
600 Atlantic Avenue
Boston, MA  02210
(617) 371-1000

*Attorney for the Defendant Mary E. Lempitski*

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 8, 2006.

/s/  Daniel J. Cloherty_____