Prob12B
(7/93)

# United States District Court
## for the District of Massachusetts

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

**Name of Offender:** Mary Lempitski                             **Case Number:** 05-10125

**Name of Sentencing Judicial Officer:** Honorable William G. Young, U.S. District Judge

**Date of Original Sentence:** 5/11/06

**Original Offense:** Tax Evasion (3 cts.), in violation of 26 U.S.C. § 7201

**Original Sentence:** 12 months and one day of incarceration, 36 months of supervised release and a $10,000 fine

**Type of Supervision:** Supervised Release            **Date Supervision Commenced:** 5/4/07

---

## PETITIONING THE COURT

[X]   To modify the conditions of supervision as follows:

   The defendant is prohibited from incurring new credit charges or opening additional lines of credit without the approval of the probation officer.

   The defendant is to provide the probation officer access to any requested financial information.

   The financial information provided to the Probation Office by the defendant may be shared with the Financial Litigation Unit of the U.S. Attorney's Office.

## CAUSE

The defendant was ordered to pay a $10,000 fine as part of her sentence for the instant offense. In order to best facilitate the collection of the fine, the Probation Office respectfully requests that the defendant's conditions of supervised release be modified to include the above detailed conditions.

Prob 12B                              - 2 -                          **Request for Modifying the**
                                                                     **Conditions or Terms of Supervision**
                                                                     **with Consent of the Offender**

The defendant has agreed to this modification and signed the attached <u>Waiver of Hearing</u> form to indicate her consent.

Reviewed/Approved by:                              Respectfully submitted,

_____                    By   _____
Jonathan Hurtig                                    Michelle K. Roberts
Supervising U.S. Probation Officer                 U.S. Probation Officer
                                                   Date: 6/11/07

## THE COURT ORDERS
[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[ ]   The Modification of Conditions as Noted Above
[ ]   Other

                                                   _____
                                                   Signature of Judicial Officer


                                                   _____
                                                   Date

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
# DISTRICT OF MASSACHUSETTS

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant is prohibited from incurring new credit charges or opening additional lines of credit without the approval of the probation officer.

The defendant is to provide the probation officer access to any requested financial information.

The financial information provided to the Probation Office by the defendant may be shared with the Financial Litigation Unit of the U.S. Attorney's Office.

Witness: _____
U.S. Probation Officer

Signed: _____
Probationer or Supervised Releasee

_____
DATE